# JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS; JAMES LEE, An Individual**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**WINSTON PARK HOMES, INC; and DOES 1 THROUGH 10, Inclusive**<br><br>**Defendants.** | **Case No: 8:25-cv-02880-FWS-ADS**<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION [16]**<br><br>[Fed. R. Civ. P. Rule 41(a)(1)(ii)] |

Based on the record, as applied to the relevant law, and for the good cause demonstrated in the parties' Joint Stipulation for Dismissal with Prejudice of Entire Action (Dkt. 16, "Stipulation") the court **GRANTS** the Stipulation.  Accordingly, the court **ORDERS** that Plaintiffs' Complaint is **DISMISSED WITH PREJUDICE**. Each of the parties herein shall bear their own respective attorney fees and costs.

    **IT IS SO ORDERED**.

Dated:  May 18, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

1